FILED BY _____ D.C.

05 DEC -6 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

JEANETTE PORTER,
MOTHER AND NEXT FRIEND
OF JONATHAN VASHON PORTER,
A MINOR

PLAINTIFF

VERSUS

CAUSE NO.: 05-2874 BP

NATIONAL BEDDING COMPANY, L.L.C.,
a/k/a SERTA MATTRESS COMPANY

DEFENDANT

## ORDER GRANTING MOTION OF W. STEPHENS COX TO APPEAR *PRO HAC VICE*

THIS CAUSE having come on for consideration upon the Motion for Admittance *Pro Hac Vice* of W. Stephens Cox and the Court having considered said Motion and finding that a Certificate of Good Standing from the highest court of a state or from a federal district court pursuant to Local Rule 83.1(b)(1) has hereby been complied with, does hereby grant said Motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that W. Stephens Cox is hereby admitted *pro hac vice* to appear in this case.

SO ORDERED this, the 6th day of December, 2005.

U. S. ~~MAGISTRATE~~ District JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-6-05

(3)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02874 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

W. Stephens Cox
LAW OFFICE OF W. STEPHENS COX
30 Delta Ave.
P. O. Box 1388
Clarksdale, MS 38614

William B. Raiford
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614

Honorable J. Breen
US DISTRICT COURT